IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD MORGAN, | ) | CASE NO. 8:14-CV-212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL ROBINSON, | ) | |
| WASHINGTON COUNTY SHERIFF, | ) | |
| an individual, WASHINGTON | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on Plaintiff's Motion for Leave to File Supporting Affidavit Out of Time (Filing No. 32). Just cause for the Motion being demonstrated, the Court finds that Plaintiff's Motion For Leave to File Supporting Affidavit Out of Time should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Leave to File Supporting Affidavit Out of Time shall be granted and Plaintiff's Supplemental Index of Evidence with attached Affidavit (Filing No. 29) shall be permitted.

Dated this 7th day of October, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge