# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD MORGAN,<br><br>        **Plaintiff,**<br><br>  vs.<br><br>MICHAEL ROBINSON and<br>WASHINGTON COUNTY, NEBRASKA<br><br>        **Defendants.** | CASE NO. 8:14CV212<br><br>ORDER |

    This matter is before the Court on Defendants' Motion to Continue. (Filing No. 121.) Defendants request that the pretrial conference and trial scheduled in this matter be continued in light of Defendant Michael Robinson's interlocutory appeal pending before the Eighth Circuit Court of Appeals. The pretrial conference is scheduled for April 14, 2017, and trial is set to commence the week of May 1, 2017.

    Having reviewed and fully considered the matter, the Court finds that the pretrial conference and trial dates should remain in place at this time. This case has been pending for nearly three years and the Court seeks to reduce further delays. If, at the time of the pretrial conference, the appeal remains pending before the Eighth Circuit, Defendants may renew their motion to continue trial.

    Accordingly,

    **IT IS ORDERED** that the Motion to Continue (Filing No. 121) is denied.

DATED this 16th day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge