IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD MORGAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL ROBINSON, Washington County Sheriff, an individual; and WASHINGTON COUNTY, NEBRASKA,<br><br>　　　　　Defendants. | 8:14CV212<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Order entered this date, this action is dismissed, with prejudice, the parties to bear their own costs.

Dated this 26th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge