IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD MORGAN ) | Case No.  8:14CV212 | |
| ) | | |
| Plaintiff, ) | **ORDER TO DESTROY** | |
| ) | | |
| vs. ) | | |
| ) | | |
| ) | | |
| MICHAEL ROBINSON, WASHINGTON ) | | |
| COUNTY, NEBRASKA, ) | | |
| ) | | |
| Defendants. ) | | |

Counsel for the defendants notified the court on December 8, 2020 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendants' Exhibits from motion hearing held 10/10/2014

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 9, 2020

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15